

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED ENTERED
LOGGED RECEIVED

FEB 2 3 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY BCF    DEPUTY

| | |
|---|---|
| BARTLEY A MAHEU | |
| RENEE P MAHEU | CIVIL CASE No. Not Assigned |
| Plaintiffs, | CIRCUIT COURT CASE # **10-C12-000010** |
| V | |
| BANK OF AMERICA, N.A. & FANNIE MAE | |
| Defendants | |

## MOTION TO DISMISS & CONTINUATION

COMES NOW the Plaintiffs Bartley A Maheu and Renee P Maheu *Proper* hereinafter referred to collectively as "Plaintiffs", file the "Motion to Dismiss" and Continuation to wit as follows:

### DEFECTIVE SERVICE

The Plaintiffs received a Notice of Filing to the State Court and the Notice of Removal to the Federal Court. Both the documents are in violation of the rules of proper and lawful service.

It appears that the Defendants through their Attorney, Nina Basu of McGuire Wood LLP in a hurry to file the documentation ignored to send the **EXHIBITS, A, B and C** purportedly attached to the filings. There is no Case Number allotted by the Federal Court at the time of <u>this</u> filing. (02/21/2012) It is therefore, considered that no documents as stated were filed and any filing now will be yet another violation. The time for such a filing is over and the Plaintiffs shall move the court for a Summary Judgment.

Page | 1

WHEREFORE Plaintiff hereby requests this court not to accept the removal and allow the same to be continued in the State Court.

Respectfully submitted,

*Bartley Maheu*
BARTLEY MAHEU- PLAINTIFF/S
13605 Skyview Terrace Court,
Maryland- 21771
Tel: (301) 556-6381
email: bartmaheu@comcast.net

Dated: 2/22/12

## CERTIFICATE OF SERVICE

CASE NO: 10-C12-000010

I hereby certify that on this 22 day of February, 2012, I mailed a copy of the foregoing to:

Nina Basu
MCGUIRE WOODS LLP
7St, Paul Street
Suite 1000
Baltimore, MD 21202

Copy to: Circuit Court for Frederick County, MD
~~Filed in Person~~ CERTIFIED MAIL Bm

*Bartley Maheu*
Bartley Maheu
13605 Skyview Terrace Court,
Mt. Airy, MD 21771
(301556-6381