IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BARTLEY A MAHEU<br>RENEE P MAHEU | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | Case No. 1:12-cv-00508-ELH |
| BANK OF AMERICA, N.A.<br>& FANNIE MAE | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANTS BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Bank of America, N.A. and Federal National Mortgage Association[1] (collectively "Defendants"), by and through their undersigned attorney and pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 105, move to dismiss Plaintiffs Bartley A. Maheu and Renee P. Maheu's ("Plaintiffs") Complaint ("Complaint") on the grounds that the Complaint fails to state a claim upon which relief may be granted and Plaintiffs fail to set forth a short statement of the claim showing entitlement to relief. The grounds for this Motion to Dismiss are set forth in the accompanying Memorandum of Law, filed herewith and incorporated herein by reference.

---

[1] The Complaint names "Fannie Mae" as a defendant. There is no known legal entity by that name. Defendants assume that Plaintiffs meant to name Federal National Mortgage Association, commonly known as "Fannie Mae," as the proper defendant.

WHEREFORE, Defendants move this Court to dismiss Plaintiffs' Complaint and for such further relief that this Court deems just and appropriate.

Date:   February 24th, 2012                Respectfully submitted,


                                           _/s/_____
                                           Nina Basu
                                           **MCGUIREWOODS LLP**
                                           7 St. Paul Street, Suite 1000
                                           Baltimore, MD 21202
                                           Telephone:   (410) 659-4514
                                           Facsimile:   (410) 659-4471
                                           E- Mail:     nbasu@mcguirewoods.com

                                           *Counsel for Defendants Bank of America, N.A.
                                           and Federal National Mortgage Association*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of February 2012, a copy of the foregoing Motion to Dismiss was sent by first class mail, postage prepaid, to the following:

> Bartley A. Maheu
> Renee P. Maheu
> 13605 Skyview Terrace Court
> Mount Airy, Maryland 21771
> *Pro Se Plaintiffs*

                                                           /s/
                                           Nina Basu